NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANDRES GUTIERREZ ESTRADA,**
*Appellant,*

v.

**TELEFONOS DE MEXICO, S.A.B. DE C.V.,**
*Appellee.*

---

2010-1558
(Opposition Nos. 91183487 and 91183509)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

**ON MOTION**

---

**O R D E R**

Andres Gutierrez Estrada moves for reconsideration of the court's order dated February 2, 2011 dismissing his petition for review for failure to file a corrected brief and a time extension to amend his brief. Estrada states "the appellant had not received the rejection notice until February 24, 2011."

Upon consideration thereof,

IT IS ORDERED THAT:

The motion will be granted, the mandate will be recalled, the dismissal order will be vacated, and the petition for review will be reinstated if, within 60 days of the date of filing of this order, Estrada files his corrected informal brief.

FOR THE COURT

MAR 1 8 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Andres Gutierrez Estrada
Julie B. Seyler, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 8 2011

JAN HORBALY
CLERK